Argued and submitted September 29, convictions affirmed; remanded for resentencing November 2, 1994

STATE OF OREGON,
*Respondent,*

*v.*

JAMES DOUGLAS DEMALIGNON, JR.,
*Appellant.*

(93-1832-C-1; CA A81046)

884 P2d 588

Sally L. Avera, Public Defender, and David K. Allen, Deputy Public Defender, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, Kaye E. Sunderland, Assistant Attorney General, and Erin Galli, Certified Law Student, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals the sentence imposed on his conviction for criminal mischief in the first degree. ORS 164.365. At trial, he objected to the imposition of restitution because the trial court failed to consider defendant's ability to pay. He assigns error to the sentence of restitution. The state concedes that the trial court erred in imposing restitution, because it failed to consider defendant's ability to pay. ORS 137.106(2)(b). We accept the concession and remand for resentencing.

Convictions affirmed; remanded for resentencing.